

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2014

No. 04-14-00184-CV

**IN RE** Jose **GEORGE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

On March 20, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition, and the response filed on behalf of one of the real parties in interest, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 3rd, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CVF001170D4, styled *Jose George v. Jose Alberto George*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale Jr. presiding.